UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

In re:                                                                       Bankr. Case No. 24-10156

Opal V. Webb                                                      Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                ACAR Leasing LTD d/b/a GM Financial Leasing
                PO Box 183853
                Arlington, TX  76096

                                                    By  /s/  Lorenzo Nunez

                                                    Lorenzo Nunez
                                                    PO Box 183853
                                                    Arlington, TX  76096
                                                   877-203-5538
                                                   877-259-6417
                                                   LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

In re:                                                                  Bankr. Case No. 24-10156

Opal V. Webb                                              Chapter 13

         Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on April 22, 2024 :

| | |
|---|---|
| Robert W. Barron<br>Barron & Carter, LLP<br>P.O. Box 1347<br>Nederland, TX 77627 | Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave 12th Floor<br>Tyler, TX 75702 |

By  /s/ Lorenzo Nunez
        Lorenzo Nunez

xxxxx44139 / 1090881